UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MENCHHOFER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE NEVIS Sgt., et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1651 JAM GGH<br><br><br>ORDER |

　　　Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. She has, however, not submitted the request for leave on the form required by this court. Petitioner must resubmit her request within sixty-three days of the date of this Order or pay the filing fee for her Complaint, to avoid having this court recommend that the matter be dismissed.

　　　In addition, plaintiff had provided no reliable means by which to contact her by mail. Although the Clerks Office has somehow deciphered plaintiff's address to be "General Delivery" in West Sacramento, plaintiff herself in the complaint gives her address as "Travelling" ostensibly to someplace in Ohio. Local Rule 182(f) requires that a party appearing in propria persona inform the court of her address. If plaintiff does not provide an address at which she can reliably and timely receive mailings from the court within sixty-three days this court will recommend that the complaint be dismissed without prejudice.

1

As a result of the foregoing IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court shall mail to the General Delivery address it has deciphered for plaintiff a copy of this Order together with this court's form for application to proceed in forma pauperis and related file opening documents;

2. Plaintiff shall file the fully completed in forma pauperis application, or submit the filing fee within sixty-three days of the date of this Order;

3. Plaintiff shall provide the court with an address at which she can reliably and timely receive mail from the court within sixty-three days of the date of this Order or the court will recommend that her complaint be dismissed without prejudice pursuant to Eastern District of California No. 182(f).

**IT IS SO ORDERED.**

Dated: August 14, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE