UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MENCHOFER,<br><br>Plaintiff,<br><br>v.<br><br>MIKE NEVIS, et al.,<br><br>Defendants. | No. 2:17-cv-01651-MCE-GGH<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff Suzanne Menchofer ["plaintiff"] is proceeding in this civil rights act pro se. On August 15, 2017 this court issued an Order directing the Clerk of the Court to mail to the address provided by plaintiff a copy of the Order together with this court's form of application to proceed in pro se and directing plaintiff that she must file the fully completed IFP application or submit the court's required filing fee within sixty-three days of the date of the Order. ECF No. 3. The plaintiff has neither complied with the Order nor requested additional time to comply.

In light of the foregoing it is HEREBY RECOMMENDED that:

1. The plaintiff's complaint should be dismissed without prejudice; and

2. The Clerk of the Court shall close this file.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, the plaintiff may file written

1

objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991, 951 F.2d 1153 (9th Cir. 1991).

**IT IS SO ORDERED**.

Dated: October 25, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE